```
 1  TERRY E. SANCHEZ (State Bar No. 101318)
    Terry.Sanchez@mto.com
 2  KATHLEEN M. McDOWELL (State Bar No. 115976)
    Kathleen.McDowell@mto.com
 3  JOEL M. PURLES (State Bar No. 266208)
    Joel.Purles@mto.com
 4  MUNGER, TOLLES & OLSON LLP
    355 South Grand Ave.
 5  Thirty-Fifth Floor
    Los Angeles, CA 90071
 6  Telephone:    (213) 683-9100
    Facsimile:    (213) 687-3702
 7
    VICTORIA L. BOESCH (State Bar No. 228561)
 8  Victoria.Boesch@mto.com
    MUNGER, TOLLES & OLSON LLP
 9  560 Mission Street, Twenty-Seventh Floor
    San Francisco, CA  94105-2907
10  Telephone:    (415) 512-4000
    Facsimile:    (415) 512-4077
11
12  Attorneys for Defendants
    MERRILL LYNCH & CO., INC. and MERRILL
13  LYNCH, PIERCE, FENNER & SMITH
    INCORPORATED
14
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN KERR, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>    vs.<br><br>MERRILL LYNCH & CO., INC., MERRILL LYNCH, PIERCE, FENNER & SMITH, INCORPORATED, and DOES 1-25, inclusive.<br><br>            Defendants. | CASE NO. **'11CV0350 WQHBGS**<br><br>**MERRILL LYNCH'S NOTIFICATION OF PARTIES WITH FINANCIAL INTEREST (CIVIL LOCAL RULE 40.2) AND DISCLOSURE STATEMENT (FEDERAL RULE OF CIVIL PROCEDURE 7.1)** |

1 | Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 40.2 the undersigned
2 | certifies that both Merrill Lynch & Co., Inc. and Merrill Lynch, Pierce, Fenner & Smith
3 | Incorporated are wholly owned by Bank of America Corporation.

DATED: February 18, 2011

MUNGER, TOLLES & OLSON LLP
Terry E. Sanchez
Kathleen M. McDowell
Victoria L. Boesch
Joel M. Purles


By:   *s/* Victoria L. Boesch


Attorneys for Defendants
MERRILL LYNCH & CO., INC. and
MERRILL LYNCH, PIERCE, FENNER &
SMITH INCORPORATED